**93–692.** Cummings v. B.F. Goodrich Co. *Washington County*, No. 91–CA–25. This cause is pending before the court on the filing of a motion and cross-motion for an order directing the Court of Appeals for Washington County to certify its record. Upon consideration of appellant's application to dismiss cross-appeal,

IT IS ORDERED by the court that said application to dismiss cross-appeal be, and the same is hereby, granted, effective April 28, 1993.

Said cause shall remain pending in all other respects.